AO91 (Rev. 12/03) Criminal Complaint        *Felony*        AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

1. Rolando RODRIGUEZ A094 776 325  United States
2. Ismael OLIVAREZ-Hernandez Jr A202 080 111  United States
3. Juan Antonio DE LA ROSA-Garcia A087 593 762  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-14- 913-M

United States District Court
Southern District of Texas
FILED

OCT - 6 2014

David J. Bradley, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 04, 2014__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s)

knowingly, willfully, and in reckless disregard of the fact that thirteen (13) undocumented aliens had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said aliens by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On October 4, 2014, at approximately 12:00 p.m., a concerned citizen contacted the Harlingen Border Patrol Station and reported he had witnessed several subjects, believed to be illegal aliens, get into a Red Ford Explorer near Progreso, Texas. Border Patrol Agents responded to the area and were able to observe a vehicle that matched the given description. Agents proceeded to conduct a traffic stop to further investigate. The incident resulted in the apprehension of the driver, identified as Rolando RODRIGUEZ and passenger Ismael OLIVAREZ Hernandez Jr. both United States Citizens, and fourteen undocumented immigrants from the country of Mexico. Further investigation determined that RODRIGUEZ, OLIVAREZ, and Juan Antonio DE LA ROSA-Garcia, later identified as a brush guide, were the principals in the smuggling scheme of undocumented immigrants. RODRIGUEZ and OLIVAREZ admitted that they knew the individuals were illegally present in the United States and they were participating in the smuggling attempt for monetary gain. In addition, a statement provided by a material witness identifies DE LA ROSA-Garcia as the brush guide.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Alvarez Jr., Jose L.  Border Patrol Agent
Signature of Complainant

Alvarez Jr., Jose L.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 06, 2014                                    at    Brownsville, Texas
Date                                                      City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                Signature of Judge